```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        APR 07 2020

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____  DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00252-EJY |
| Plaintiff, | ORDER TO SEAL |
| vs. | (Under Seal) |
| MALACHI OLAJUWON SMITH, | |
| Defendant. | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter, shall be sealed until further Order of the Court.

DATED this **7th** day of April, 2020.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on **4/7/2020** that the foregoing document is a full true and correct copy of the original on file in my office, and in my legal custody.

ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By: _Santiago_  ✓ Judicial Assistant
                ___ Law Clerk

3

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JENNIFER J. OXLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone (702) 388-3663
jennifer.oxley@usdoj.gov
*Attorneys for the United States of America*

```
_____FILED        _____RECEIVED
_____ENTERED      _____SERVED ON
           COUNSEL/PARTIES OF RECORD

           APR 07 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MALACHI OLAJUWON SMITH,<br><br>Defendant. | Case No. 2:20-mj-00252-EJY<br><br>GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING SEALING OF THE COMPLAINT<br><br>(Under Seal) |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Jennifer Oxley, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to an ongoing investigation involving an eyewitness and because the defendant is out of custody on house arrest. The Government submits that disclosure of the information may possibly jeopardize the investigation, risk the witness's safety, and permit

further flight in order to avoid prosecution. The Government submits that its right to secrecy far outweighs the public's right to know of the allegations contained in the Complaint.

DATED this 4th day of April, 2020.

          Respectfully submitted,

          NICHOLAS A. TRUTANICH
          United States Attorney

          /s/ Jennifer J. Oxley
          JENNIFER J. OXLEY
          Assistant United States Attorney