Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Andrew Wong
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Andrew_Wong@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    v.<br><br>Malachi Smith,<br><br>      Defendant. | Case No. 2:20-CR-00087-JAD-DJA<br><br>ORDER to Advance Evidentiary Hearing |

The parties jointly request that this Court vacate the July 1, 2021, evidentiary hearing and advance it to either June 21, 2021 or any date between June 23, 2021 through June 30, 2021 because:

1. Defense counsel will be out of the district from July 1, 2021 to July 9, 2021.

2. The parties wish to advance the evidentiary hearing in order to allow ample time for the Court to adjudicate the motion to suppress.

3. Mr. Smith is not in custody and wishes to advance his evidentiary hearing.

DATED: May 26, 2021

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>   */s/ Andrew Wong*<br>By_____<br>Andrew Wong<br>Assistant Federal Public Defender | Christopher Chiou<br>Acting United States Attorney<br><br>   */s/ Stephanie N. Ihler*<br>By_____<br>Stephanie N. Ihler<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Malachi Smith,<br><br>    Defendant. | Case No. 2:20-CR-00087-JAD-DJA<br><br>**Order Granting First Stipulation to Advance Evidentiary Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to advance the evidentiary hearing.

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for July 1, 2021, at 9:00 a.m., is vacated and advanced to June 28, 2021, at 9:00 a.m.

DATED: May 27, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE